U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 29 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TIMOTHY KARL JACKSON | CIVIL ACTION NO. 07-cv-1966 |
| VERSUS | JUDGE STAGG |
| E. A. CONWAY MEDICAL CENTER, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against E. A. Conway Medical Center, Winn Correctional Center, Forcht Wade Correctional Center, David Wade Correctional Center, Dr. Joe Blow and Maxi Million are **dismissed without prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29th day of July, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE